**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-2137**

_____

STARSHA M. SEWELL,

     Plaintiff - Appellant,

   v.

DAVID WAGNER, ESQ.,

     Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:16-cv-02458-GJH)

_____

Submitted: January 25, 2018         Decided: January 30, 2018

_____

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Starsha M. Sewell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's orders dismissing this action for failure to state a claim and denying her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Wagner*, No. 8:16-cv-02458-GJH (D. Md. July 27, Aug. 29, and Sept. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*